IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 NOV 23 AM 9: 58

CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| SABULON CUELLAR CARDENAS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 305-025 |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Respondent. | ) | |

| | | |
|---|---|---|
| MANUEL DEL REAL PRADA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 305-029 |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Respondent. | ) | |

| | | |
|---|---|---|
| JUAN NAVARRO-DUQUE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 305-033 |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Respondent. | ) | |

| | | |
|---|---|---|
| RUBEN DARIO OCAMPO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 305-037 |
| | ) | |
| MICHAEL PUGH, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

| | |
|---|---|
| WILLIAM YEPES ALZATE, | ) |
| | ) |
| Petitioner, | ) |

|  |  |  |
|---|---|---|
| v. | ) | CV 305-043 |
| FEDERAL BUREAU OF PRISONS, | ) | |
| Respondent. | ) | |

DEVON BENNETT,  )

      Petitioner,  )

v.  )   CV 305-047

MICHAEL PUGH, Warden,  )

      Respondent.  )

LUIS ARBOLEDA,  )

      Petitioner,  )

v.  )   CV 305-049

MICHAEL PUGH, Warden,  )

      Respondent.  )

JUAN CARLOS MESA,  )

      Petitioner,  )

v.  )   CV 305-051

MICHAEL V. PUGH, Warden,  )

      Respondent.  )

GIOVANNY FERNANDEZ,  )

      Petitioner,  )

v.  )   CV 305-053

FEDERAL BUREAU OF PRISONS,  )

      Respondent.  )

| | |
|---|---|
| MIGUEL A. CHAVEZ, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, )<br>)<br>Respondent. ) | CV 305-055 |

| | |
|---|---|
| ALFONSO GIL, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, )<br>)<br>Respondent. ) | CV 305-059 |

## ORDER

Petitioners brought the above-captioned petitions pursuant to 28 U.S.C. § 2241. Petitioners argue that the Federal Bureau of Prisons has improperly calculated their good conduct time credits. The United States Magistrate Judge has entered Reports and Recommendations in each of the captioned matters, correctly explaining that Petitioners' argument has been explicitly rejected by the Eleventh Circuit, and indeed by nearly every court to consider the issue. Therefore, the Magistrate Judge has recommended that each of the captioned petitions be denied. None of Petitioners have objected.

After a careful, *de novo* review of each of the files in the above-captioned cases, the Court concurs with the Magistrate Judge's Reports and Recommendations to which no objections have been filed. Accordingly, the Reports and Recommendations of the Magistrate Judge are **ADOPTED** as the Court's opinions in each of the above-captioned cases. Thus, each of the captioned petitions are **DENIED**. The Clerk of Court is **DIRECTED** to **CLOSE** each

3

of the captioned cases and to **FILE** a copy of this Order in each case.

SO ORDERED this ____ day of November, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE